PD-0930-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/24/2015 10:29:17 AM
Accepted 7/24/2015 11:26:52 AM
ABEL ACOSTA
CLERK

**Cause No. PD_____**
**No. 12-14-00335-CR (12th COA)**

| | | |
|---|---|---|
| **DONNIE DALE CARR** | § | **IN THE COURT** |
| Petitioner | § | |
| | § | |
| | § | |
| **vs.** | § | **OF CRIMINAL APPEALS** |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | |
| Respondent | § | **FOR THE STATE OF TEXAS** |

## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE A PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT:**

Now comes Donnie Carr and makes this Motion For Extension of Time to File a *Pro Se* Petition for Discretionary Review and for good cause shows the following:

### I.

The Twelfth Court of Appeals returned an opinion affirming Petitioner's conviction in this matter on 30 June 2015. *Carr v. State,* 12-14-00335-CR (Tex.App.—Tyler 2015). No Motion for Rehearing was filed in that court. Consequently, a Petition for Discretionary Review, if any, is to be filed by 30 July 2015.

### II.

Petitioner was timely notified of his right to pursue a *pro se* Petition for Discretionary Review and was also told that undersigned counsel, who was

appointed to represent Petitioner in the Twelfth Court of Appeals, would be willing to continue to represent him on a pro bono basis in the filing of a PDR. After brief correspondence between counsel and Petitioner, Petitioner recently indicated he would like counsel to file a PDR on his behalf.

During the thirty days preceding the date for filing PDR in this case, counsel has been working on approximately 55 open appellate cases in intermediate courts of appeal to which he has been appointed by Smith County. This has included investigating motions for new trials (looking for and talking with potential witnesses, jail and office visits with new appellate appointments, trial court appearances for the same), requests for and reviews of reporter's and clerk's records, research, briefing, review of opinions, investigation of potential PDR issues, etc. While not all of these cases have required significant attention from counsel during this time, many of them have which has resulted in counsel having been unable to devote the full attention necessary to drafting the PDR in this case prior to today's date.

For this reason, counsel respectfully requests a one-time, thirty day extension to file PDR in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner respectfully prays that, in accordance with the applicable law, the Court grant this Motion and

extend the time by which to have a Petition for Discretionary Review filed by thirty days.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by efile concurrently with its filing.

/s/Austin Reeve Jackson